**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,  :  No. 278 WAL 2017
                            :
         Respondent  :
                            :  Petition for Allowance of Appeal from
                            :  the Order of the Superior Court
       v.                  :
                            :
                            :
DONALD LOHR,               :
                            :
         Petitioner    :


## ORDER


**PER CURIAM**

     **AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.